1027

[No. 72657-9-I.   Division One.   August 10, 2015.]

*In the Matter of the* BEVERLY C. MORGAN FAMILY TRUST.

by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 72658-7-I.   Division One.   August 10, 2015.]

DAVID N. BROWN, INC., *Respondent*, v. ACT NOW PLUMBING, LLC, *Appellant*.

by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.

[No. 72715-0-I.   Division One.   August 10, 2015.]

MARJORIE N. GRAY, *as Attorney in Fact, Appellant*, v. BROADVIEW DEVELOPMENT ASSOCIATES II ET AL., *Respondents*.

by unpublished opinion per Appelwick, J., concurred in by Lau and Trickey, JJ.